UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CAROLINA CASUALTY INS. CO., | ) | NO: 10CV02492 |
| | ) | |
| Plaintiff, | ) | Judge Benita Pearson |
| | ) | |
| vs. | ) | (Mag. Judge McHargh) |
| | ) | |
| | ) | |
| GALLAGHER SHARP, et. al., | ) | REPORT AND RECOMMENDATION: |
| | ) | <u>REVISED SCHEDULING ORDER</u> |
| Defendants. | ) | |

McHARGH, Mag. J.,

On August 1, 2012, the parties appeared before Magistrate Judge Kenneth S. McHargh to address a discovery dispute.  The parties were asked to submit a proposed revised discovery and dispositive motion cut-off schedule to Judge McHargh on August 3, 2012.  On August 3, 2012, the Parties submitted competing revised proposed discovery and dispositive motion cut-off schedules to Judge McHargh.  Upon consideration of the competing proposed cut-off dates, the undersigned recommends the adoption of the following as the Revised Scheduling Order for discovery and dispositive motion cut-off dates:

| Action(s) | Deadline |
|---|---|
| Cut-off for Plaintiff to make a copy of documents responsive to Defendants' first and second set of document requests available for review by counsel for the Miller firm.* | August 10, 2012 |
| Cut-off for Defendants to make a copy of documents responsive to Plaintiff's document requests available for review by counsel for the Miller firm. | August 10, 2012 |
| Cutoff for Plaintiffs to serve their written responses to second RFP and first and second sets of interrogatories propounded upon them by Defendants. | August 10, 2012 |
| Cut-off for nonparties Taft Stettinius & Hollister LLP and Troutman Sanders LLP to each make a copy of documents responsive to Defendants' subpoenas propounded upon them available for review by counsel for the Miller firm. | August 17, 2012 |
| Cut-off for the Miller firm to produce its documents responsive to the subpoena propounded upon it by Defendants. | August 17, 2012 |
| Cut-off for Plaintiff and Defendants to produce their responsive documents. | August 27, 2012 |
| Cut-off for the Taft and Troutman firms to produce their documents. | August 31, 2012 |
| Cut-off for all notices of deposition and deposition subpoenas to be served. | September 28, 2012 |
| Cut-off for fact discovery. | October 12, 2012 |
| Cut-off for service of Plaintiff's expert reports. | October 5, 2012 |
| Cut-off for service of Defendants' expert reports. | November 5, 2012 |
| Cut-off for expert discovery. | November 21, 2012 |
| Cut-off for filing dispositive motions. | December 19, 2012 |

The parties shall not expect any further enlargement of the cut-off dates.

It is recommended that the above schedule be adopted by the court.

Dated:   Aug. 6, 2012              /s/ Kenneth S. McHargh

                                                          Kenneth S. McHargh

                                                          United States Magistrate Judge

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time WAIVES the right to appeal the District Court's order.  See Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

* The "Miller firm" refers collectively to Miller Goler Faeges Lapine, LLP; Steven Miller, Deborah Michelson, and James Wertheim.